FILED
JAN 31 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case: 1:13-cr-00108 Document #: 1 Filed: 01/31/13 Page 1 of 1 PageID #:1     NF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE FEINERMAN

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 13 CR 108 |
| v. | Violation: Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2 |
| JOSE RODRIGUEZ and ERASMO GONZALEZ-VALENCIA | |

MAGISTRATE JUDGE KIM

The SPECIAL SEPTEMBER 2012 GRAND JURY charges:

On or about July 31, 2012, at Joliet, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOSE RODRIGUEZ, and
ERASMO GONZALEZ-VALENCIA,

defendants herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY