# United States District Court
# Northern District of Illinois

In the Matter of

USA

v.

Jose Rodriguez

Fugitive Judge *Fugitive Calendar

Case No. 13-CR-108-1

Designated Magistrate Judge
Young B. Kim

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to the calendar of Judge *Fugitive Calendar. The reason for my recommendation are indicated on the reverse of this form.

**Judge Gary Feinerman**

Date: Friday, August 16, 2013

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge *Fugitive Calendar.

ENTER

FOR THE EXECUTIVE COMMITTEE

**Chief Judge Ruben Castillo**

Dated: Monday, August 19, 2013

District Reassignment - Named Judge

**Reason(s) For Recommendation:**

- IOP 13(b)(1) This case should be transferred to the Fugitive Calendar as the defendant is fugitive.

........................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:

District Reassignment - Named Judge